UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CIVIL ACTION NO. 1:14-CV-386

KISHA GORHAM, individually, and in her )
capacity as General Guardian for and on behalf of )
ANTHONY GORHAM, JR, and in her capacity )
as Guardian Ad Litem for and on behalf of J. H. )
(a minor); and SHYKEMA DEMPSEY, )
                                   )
      Plaintiffs, )
                                     )
          v. )
                                     )
AMUSEMENTS OF ROCHESTER, INC, )
d/b/a POWERS GREAT AMERICAN )
MIDWAYS, FAMILY ATTRACTIONS )
AMUSEMENT, L.L.C., JOSHUA GENE )
MACARONI and TIMOTHY DWAYNE )
TUTTERROW, )
                                     )
      Defendants. )
                                     )

**DEFENDANT FAMILY
ATTRACTIONS AMUSEMENT,
L.L.C.'S MOTION FOR
EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS'
COMPLAINT**

COMES NOW Defendant Family Attractions Amusement, L.L.C. ("Family Attractions"), by and

through undersigned counsel, pursuant to Local Rule 6.1, and respectfully moves this Honorable Court for an

Order extending its deadline to respond to the Plaintiffs' Complaint for thirty (30) days through and including

June 16, 2014. In support of this Motion, Family Attractions shows the following:

      1.      The Plaintiffs filed this action in the Superior Court of Durham County, North Carolina

against the Defendants on April 10, 2014.

      2.      Family Attractions was served with the Summons and Complaint on April 12, 2014.

      3.      Family Attractions, with the consent of all other Defendants, timely removed this action to

Federal Court on May 9, 2014, pursuant to 28 U.S.C. §1441(b).

      4.      Family Attractions' responsive pleading is due on May 16, 2014, pursuant to Fed. R. Civ.

Pro. 81(c)(2)(C).

      5.      Family Attractions requires an extension of time to respond to the Plaintiffs' Complaint so

that it can properly evaluate its defenses and, if necessary, prepare the appropriate motions and memoranda

in support.

6.     Family Attractions has not requested any previous time extensions in this matter from this Honorable Court.

7.     Counsel for the Plaintiffs has stated that he consents to this motion.

8.     Family Attractions submits that good cause exists to grant its Motion, as it is made not for the purpose of undue delay but for the purpose of determining whether appropriate motions and supporting memoranda should be filed.

WHEREFORE, Defendant Family Attractions Amusement, L.L.C. requests that its Motion for Extension of Time to Respond to the Plaintiffs' Complaint be GRANTED and that this Honorable Court enter an ORDER permitting Family Attractions to respond to the Plaintiff's Complaint on or before June 16, 2014.

Respectfully submitted, this the 14th day of May, 2014.


/s/ Gregory W. Brown
GREGORY W. BROWN
NC Bar # 26238  / VA Bar # 36369
AMY R. HOLBROOK
NC Bar # 39762/ SC Bar # 100128
ALLISON A. COHAN
NC Bar # 45940
BROWN LAW LLP
4130 Parklake Avenue, Suite 130
Raleigh, North Carolina 27612
T: 919.719.0854
F: 919.719.0858
gregory@brownlawllp.com
amy@brownlawllp.com
allison@brownlawllp.com
*Counsel for Defendant Family Attractions Amusement, L.L.C.*

## CERTIFICATE OF SERVICE

This undersigned hereby certifies that on May 14, 2014, the foregoing **DEFENDANT FAMILY ATTRACTIONS AMUSEMENT, L.L.C.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** was filed electronically via the Court's CM/ECF filing and served on all counsel of record as follows:

Michael A. Jones
MICHAEL A. JONES & ASSOCIATES, P.L.L.C.
100 East Parrish Street
Chancellor Building, Suite 450
Durham, North Carolina 27701
*Counsel for the Plaintiffs*

David M. Fothergill
Rodney E. Pettey
YATES, MCLAMB & WEYHER, L.L.P.
421 Fayetteville Street, Suite 1200
Post Office Box 2889
Raleigh, North Carolina 27602
*Counsel for Defendant Amusements of Rochester, Inc.*
*d/b/a Powers Great American Midways*

Brady A. Yntema
David G. Harris, II
NELSON LEVINE DE LUCA & HAMILTON
800 Green Valley Road, Suite 302
Greensboro, North Carolina 27408
*Counsel for Defendant Joshua Gene Macaroni*

Tracy L. Eggleston
COZEN O'CONNOR
301 South College Street, Suite 2100
Charlotte, North Carolina 28202
*Counsel for Defendant Timothy Dwayne Tutterrow*

/s/ Gregory W. Brown
BROWN LAW LLP

3